Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 17 2015
Abel Acosta, Clerk

T-10-15
6-10-15
27,413-08

Louis Confer #1648283
21 F.M. 247
Huntsville, Texas
77320

Office of the Clerk, Greetings

Please find the Enclosed Application of Writ
of Mandamus to be Please filed

Thank You

Louis Confer
Louis Confer

CAUSE # 03-279-A

Louis Confer
TDCJ-ID # 1648283
VS.

Coldwell County
District Clerk
Tina Morrison
(In Her Official Capacity)

In the 207 Judicial
District Court of
Coldwell County, Texas

- - - - -

Texas Court of Criminal Appeals

Plaintiffs Original Application For Writ of Mandamus

To the Honorable Judge of Said Court:

Comes Now, Louis Confer, Realtor, Pro'Se, In the
Above styled and Numbered Cause of Action And
Files this Original Application For Writ of Mandamus
Pursuant to Article 11.07 of the Texas Code
of Criminal Procedure.

I

the Act Sought to be Compelled is Ministerial

## II.

Respondent of Caldwell County, Texas as District Clerk has a Ministerial duty to recieve and file all papers in a Criminal Proceeding and all other duties imposed on the Clerk by law Pursuant to T.C.C.P. Art. 221 to immediately Transmit to the Court of Criminal Appeals the Application, Any Answers filed, A Certificate Reciting the Date upon which the finding was made.

## III.

Respondent is in violation of this Proceduer of Ministerial Duties and thus the Laws of the State, in that, the Plaintiffs Original 11.07 Writ of Habeas Corpus is still sitting Idle and not subjected to the Procedures stated Above.

## IV

Wherefore Premises Considered, Realtor, Louis Contre, Prior Prays for an Order of Respondent to Transmitt a Copy of

the Original Application for Writ of Habeas Corpus, Any Answers Filed, Transcripts of Jury Trial etc. forwarded to the Court of Criminal Appeals as Directed In Act 11.07 of the Texas Code of Criminal Procedure

Respectfully Submitted
Louis Confer
Louis Confer

## Declaration

I state Under the Penalty of Perjury that the foregoing facts and Allegations In the Above Application for Writ of Mandamus are True

Louis Confer
Louis Confer

## Certificate of Service

I Hereby state that A True Copy of the Above Application for Writ of Mandamus was Served on Tina Morgan, Coldwell County District Clerk by Placing Copy In the U.S. Mail Addressed to:

Coldwell County District Clerk
Tina Morgan
P.O. Box 749
Lockhart, Texas 78644-0749

On this 11th Day of June 2015 From Realtor

Louis Confer # 1648283
21 F.M. 247
Huntsville, Texas 77320

Louis Confer
Louis Confer